UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE UNITED STATES OF AMERICA FOR THE USE AND BENEFIT OF DMS-BKL DRYWALL & INTERIOR SYSTEMS, INC., a California corporation; and DMS-BKL DRYWALL & INTERIOR SYSTEMS, INC., a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>SOLPAC CONSTRUCTION, INC. DBA SOLTEK PACIFIC CONSTRUCTION COMPANY, a California corporation; and LIBERTY MUTUAL INSURANCE COMPANY, a Massachusetts corporation,<br><br>Defendants. | CASE NO: 1:23-CV-01050-JLT-EPG<br><br>ORDER RE: STIPULATION OF DISMISSAL WITH PREJUDICE OF SOLPAC CONSTRUCTION, INC. AND LIBERTY MUTUAL INSURANCE COMPANY<br><br>(ECF No. 9). |

Pursuant to the parties' Stipulation of Dismissal of Entire Action as to Solpac Construction, Inc. dba Soltek Pacific Construction Company ("Soltek") and Liberty Mutual Insurance Company, Inc. ("LMI"), with Prejudice, Pursuant to Federal Rule of Civil Procedure 41(A)(1)(a)(ii), and good cause appearing therefor, the court hereby ORDERS as follows:

1. Plaintiff DMS-BKL's claims against Defendants Soltek and LMI are dismissed, with prejudice, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii);

2. Each Party shall bear its own attorneys' fees and costs incurred in connection with this action;

3. The Clerk of Court is directed to close this case.

IT IS SO ORDERED.

Dated: __**January 17, 2024**__   /s/ Erica P. Grosjean
UNITED STATES MAGISTRATE JUDGE

FINCH, THORNTON &
BAIRD, LLP
4747 Executive
Drive - Suite 700
San Diego, CA 92121
(858) 737-3100

2

1:23-CV-01050-JLT-EPG